UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| COMPUTER CIRCUIT OPERATIONS LLC,<br><br>                                        Plaintiff,<br><br>v.<br><br>SOCIONEXT INC.<br><br>                                        Defendant. | Case No.: 6:20-cv-00046-ADA<br><br>**Jury Trial Demanded** |

## PLAINTIFF COMPUTER CIRCUIT OPERATIONS LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY

Plaintiff Computer Circuit Operations LLC ("CCO") respectfully moves the Court for leave to file a sur-reply in opposition to Defendant Socionext Inc.'s ("Socionext") motion to dismiss (Dkt. No. 22) to address the argument relating to pre-December 2018 marking activities that appears in Socionext's reply (Dkt. No. 25). Socionext does not oppose this request.

The proposed sur-reply is attached as Exhibit 1 to this motion.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| September 25, 2020 | By: */s/ Andrey Belenky*<br>Dmitry Kheyfits<br>dkheyfits@kblit.com<br>Brandon G. Moore<br>bmoore@kblit.com<br>**KHEYFITS BELENKY LLP**<br>108 Wild Basin Road, Suite 250<br>Austin, TX 78746<br>Tel: 737-228-1838<br>Fax: 737-228-1843<br><br>Andrey Belenky<br>New York State Bar No. 4524898 |

1

abelenky@kblit.com
Hanna G. Cohen (Admitted *Pro Hac Vice*)
hgcohen@kblit.com
New York State Bar No. 4471421
**KHEYFITS BELENKY LLP**
1140 Avenue of the Americas, 9th Floor
New York, New York 10036
Tel. (212) 203-5399
Fax. (212) 203-6445

Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
**THE MOST LAW FIRM, PLLC**
106 E. Sixth Street, Suite 900
Austin, Texas 78701
Tel/Fax: (512) 865-7950

*Attorneys for Plaintiff*
*Computer Circuit Operations LLC.*

## CERTIFICATE OF CONFERENCE

On September 23-24, 2020, the undersigned counsel conferred with opposing counsel concerning the relief sought in this Motion and was advised that opposing counsel did not oppose this Motion.

                                                          */s/ Andrey Belenky*
                                                          Andrey Belenky

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on September 25, 2020, and it was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

                                                          */s/ Andrey Belenky*
                                                          Andrey Belenky