# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| COMPUTER CIRCUIT OPERATIONS LLC,<br><br>        Plaintiff<br><br>v.<br><br>SOCIONEXT INC.,<br><br>        Defendant | Civil Action No.: 6:20-cv-00046-ADA<br><br>**Jury Trial Demanded** |

## JOINT MOTION TO STAY DEADLINES AS TO SOCIONEXT INC. AND NOTICE OF SETTLEMENT IN PRINCIPLE

  Plaintiff Computer Circuit Operations LLC and Defendant Socionext Inc. ("Socionext") (collectively, "parties") respectfully file this Joint Motion to Stay All Deadlines. The parties hereby notify the Court that they have reached an agreement in principle to settle this matter. The parties request that the Court stay all deadlines in this action for thirty (30) days so that the parties can finalize a written settlement agreement and prepare appropriate dismissal papers.

Respectfully submitted,

| | |
|---|---|
| By: /s/ Dmitry Kheyfits | By: /s/ Vincent J. Belusko |
| Dmitry Kheyfits | Richard D Milvenan |
| dkheyfits@kblit.com | (Texas State Bar No. 14171800) |
| Brandon G. Moore | rmilvenan@mcginnislaw.com |
| bmoore@kblit.com | **MCGINNIS LOCHRIDGE LLP** |
| **KHEYFITS BELENKY LLP** | 600 Congress Ave., Suite 2100 |
| 108 Wild Basin Road, Suite 250 | Austin, Texas 78701 |
| Austin, TX 78746 | Telephone: (512) 495-6000 |
| Tel: 737-228-1838 | Facsimile: (512) 495-6093 |

1

Fax: 737-228-1843

Andrey Belenky
New York State Bar No. 4524898
abelenky@kblit.com
Hanna G. Cohen (Admitted *Pro Hac Vice*)
hgcohen@kblit.com
New York State Bar No. 4471421
**KHEYFITS BELENKY LLP**
1140 Avenue of the Americas, 9th Floor
New York, New York 10036
Tel. (212) 203-5399
Fax. (212) 203-6445

Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
**THE MOST LAW FIRM, PLLC**
106 E. Sixth Street, Suite 900
Austin, Texas 78701
Tel/Fax: (512) 865-7950

*Attorneys for*
*Computer Circuit Operations LLC*

Vincent J. Belusko (pro hac vice)
vbelusko@mofo.com
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

A. Max Olson (pro hac vice)
aolson@mofo.com
Akira Irie (pro hac vice)
airie@mofo.com
Yuka Teraguchi (pro hac vice)
yteraguchi@mofo.com
**MORRISON & FOERSTER LLP**
Shin-Marunouchi Building, 29th Floor
1-5-1 Marunouchi, Chiyoda-ku
Tokyo 100-6529, Japan
Telephone: +81 (3) 3214-6522
Facsimile: +81 (3) 3214-6512

*Attorneys for Defendant Socionext Inc.*

## CERTIFICATE OF CONFERENCE

On October 29, 2020, the undersigned counsel conferred with opposing counsel concerning the relief sought in this Motion, and was advised that opposing counsel did not oppose this Motion.

/s/ Dmitry Kheyfits
Dmitry Kheyfits

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on October 29, 2020, and it was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

/s/ Dmitry Kheyfits
Dmitry Kheyfits